IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDREW PALMER**  **PLAINTIFF**
*ADC #178206*

v.  CASE NO. 2:23-CV-00174-BSM

**FREEM,**  **DEFENDANTS**
**Major, Delta Unit, ADC,** *et al.*

## ORDER

After careful review of the record, Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 8] is adopted. Andrew Palmer's individual capacity claims against Roub and Long may proceed, Palmer's official capacity claims against Roub and Long are dismissed for failure to state a claim upon which relief may be granted, and Palmer's remaining claims are dismissed without prejudice as improperly joined.

IT IS SO ORDERED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE