IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANDREW PALMER                                                                                          PLAINTIFF
ADC #178206

v.                                         No: 2:23-cv-00174-BSM-PSH

LONG, *et al.*                                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Brian S. Miller.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Andrew Palmer filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 9, 2023, while incarcerated at the Arkansas Division of Correction's Delta Regional Unit (Doc. No. 2).  Palmer's application to proceed *in forma pauperis* was subsequently granted (Doc. No. 7).  Palmer's Eighth Amendment excessive force

and failure-to-protect claims against Captain Long and Sergeant Roub in their individual capacities were allowed to proceed while his other claims were dismissed. *See* Doc. Nos. 8 & 12. The Court ordered service on Long and Roub, but the summonses were returned unexecuted. *See* Doc. Nos. 14-15. The returned summonses stated that there were no persons employed by the Delta Regional Unit or Arkansas Division of Correction named Long or Roub. *See id*. Accordingly, on November 17, 2023, Palmer was directed to provide correct names for those defendants no later than 60 days after the order's entry date (Doc. No. 17). Palmer was warned that if he failed to timely provide a name for the defendants, the undersigned would recommend dismissal of his claims against them. *Id.* Palmer has not provided names for these defendants or otherwise responded to the Court's order, and the time to do so has passed. Accordingly, his claims against the defendants currently identified as Long and Roub should be dismissed without prejudice, due to a lack of service. *See* Fed. R. Civ. P. 4(m). Because there are no remaining defendants in this case, the case should also be closed.

IT IS THEREFORE RECOMMENDED THAT Palmer's claims against defendants Long and Roub be DISMISSED WITHOUT PREJUDICE for lack of service and this case closed.

DATED this 26th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE