IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDREW PALMER**  **PLAINTIFF**
*ADC #178206*

v.  **CASE NO. 2:23-CV-00174-BSM**

**LONG,**
**Cpt., Delta Unit, ADC,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 18] is adopted. Andrew Palmer's claims against Long and Roub are dismissed without prejudice for lack of service. The clerk is directed to close this case.

IT IS SO ORDERED this 13th day of February, 2024.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE