IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDREW PALMER** **PLAINTIFF**
*ADC #178206*

v.   CASE NO. 2:23-CV-00174-BSM

**LONG,**
**Cpt., Delta Unit, ADC,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE